# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OYUKI CASTRO,<br><br>　　　　Defendant. | No. 21-CR-0008-JLS<br><br>**ORDER CONTINUING MOTION HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

　　　This matter comes before the Court upon the joint application of the parties to continue the motion hearing and to exclude a period of time in computing the deadline within which the trial of this case must commence under 18 U.S.C. § 3161. Based on the application, the Court makes the following findings:

　　　For reasons stated in paragraph 5 of the motion, incorporated by reference herein, the Court finds under 18 U.S.C. § 3161(h)(7) that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial. The Court also finds that time is excluded automatically under 18 U.S.C. § 3161(h)(1)(D) in light of the pending motions.

　　　IT IS ORDERED that the motion to continue is granted. The motion hearing shall be continued from April 2, 2021 to April 23, 2021, at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date within one week of this Order.

　　　**IT IS SO ORDERED.**

Dated: March 30, 2021

　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge